Angelique Clark
P.O. Box 50070
Sparks, Nevada  89435
775-6267083

Trustee

RECEIVED AND FILED
2010 JUN 24 PM 12: 35
U.S. ...
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RE:

MCGRAW, DOUGLAS H.S.
MCGRAW, TERRI K.

    Debtor(s)
                         /

Chapter 7
Case No.:  07-50723

**NOTICE OF UNCLAIMED FUNDS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Please find attached a check representing the total amount of unclaimed dividend(s) in the above entitled estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The names(s) and Address(es) of the claimants entitled to said dividend(s) is ( are ) as follows:

| Claim No. | Name and Address of Claimant | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|
| 1 | Little People Development Center, Inc.<br>C/o Thomas Brooksbank<br>689 Sierra Rose Dr. Ste 2<br>Reno, NV 89511 | $35.169.52 | $10,859.44 |

June 17, 2010

*[signature]*
Angelique L Clark- Bankruptcy Trustee

*[handwritten margin note: $10,857.44 # S6493]*